Gayleen S. Todd
2116 Juniper Trail
Round Rock, Tx
78664

Jeffrey D. Kyle
Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Tx. 78711

RECEIVED
MAY 18 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

court of appeals number: 03-14-00386-CR
trial court case number: 13-08168-3

May 6, 2015

Dear Mr. Kyle,

I have received your letter to me regarding my affidavit of indigence. The only information stated in this letter is that my motion and affidavit was dismissed by the court, which I find extremely lacking.

I hereby respectfully demand to know WHO *dismissed* it, WHY it was *dismissed*, WHAT that actually means, and what code, rule, law, or anything else, provides the grounds for this so-called "*dismissal*".

I await a satisfactory explanation,

I will not and cannot defend myself in court without the entire transcript and record that is my due process right to have by law and is required by law for this court to provide to me because I am unable to pay for the procurement of it myself.

Sincerely,

s/ Gayleen S. Todd

Gayleen S. Todd

U.S. POSTA...
PAID
ROUND RO...
78664
MAY 15, 15...
AMOUN...
$7.1...
00113304-0...

78711

UNITED STATES
POSTAL SERVICE.

1000



...yleen Todd
...16 Su...
...und ROCK IN TEX...

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

...IED MAIL

7014 3490 0002 0858 7206

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX. 78711